IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 24 2015

JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

___MELVIN LEE MAYS_____, Plaintiff,

v.

___Dr. Allred Chronic Care_____,

_____,

_____,

_____,

_____,

_____,

_____,

_____, Defendant(s).

(List each named defendant on a separate line.)

### PRISONER COMPLAINT

(Rev. 1/30/07)

## A. PARTIES

1. <u>MELVIN LEE MAYS #12530-035 UNITED STATES PENITENTIARY</u>
   (Plaintiff's name, prisoner identification number, and complete mailing address)
   <u>P.O. BOX 1000</u>

2. <u>Dr. Allred Chronic Care UNITED STATES PENITENTIARY FLORENCE</u>
   (Name, title, and address of first defendant)
   <u>P.O. BOX 7000</u>

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes ___ No (CHECK ONE). Briefly explain your answer:

   _____

   _____

3. _____
   (Name, title, and address of second defendant)

   _____

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes ___ No (CHECK ONE). Briefly explain your answer:

   _____

   _____

4. _____
   (Name, title, and address of third defendant)

   _____

   At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law? ___ Yes ___ No (CHECK ONE). Briefly explain your answer:

   _____

   _____

(If you are suing more than three defendants, use extra paper to provide the information requested above for each additional defendant. The information about additional defendants should be labeled "A. PARTIES.")

(Rev. 1/30/07)                                    2

## B. JURISDICTION

1. I assert jurisdiction over my civil rights claim(s) pursuant to: (check one if applicable)

   ___ 28 U.S.C. § 1343 and 42 U.S.C. § 1983 (state prisoners)

   ✓ 28 U.S.C. § 1331 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal prisoners)

2. I assert jurisdiction pursuant to the following additional or alternative statutes (if any):

   _____

   _____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case. If more space is needed to describe the nature of the case, use extra paper to complete this section. The additional allegations regarding the nature of the case should be labeled "C. NATURE OF THE CASE."

NEGLIGENCE: Figure 20.1. Tort Claim Against chronic care Dr. Entity The Right To Rely on things said

Dr. Allred Falsely diagonosed me with mild chronic kidney Failure. And Mr. Moisant, RN, BSN Acting AHSA wrote me A letter here attached stating that I didn't have chronic mild kidney failure. Also, Dr. Allred said that my Blood pressure is whats causing it. And i asked this Dr. Allred to send me to a kidney treatment specialist. And send me to one. Also, see Remedy case No. 796039-F1 attached to this previous page were they sent recommendations for medical. But i never went to a kidney specialist. Also, this was the answer to my Remedy case number 796039-F1. Also, I was transferd from U.S.P Florence to Lewisburg. And i'm waiting on the F.O.I.A. to track remedy case number 796039-F1 to send to me. Because this is A medical malpractice negligence: Figure 20.1. Tort claim against chronic care Dr. Entity. The Right To Rely on things said. That i'm raising here in this figure 20.1. Tort claim here that i'm filing. Also, see psychology report attached to claim from plaintiff witness psychology Dr. Charlotte Francia. Because plaintiff sufferd from stress and depression after plaintiff was diagnosed with chronic mild kidney failure. This negligence prisoner complaint is desinated as a Figure 20.1. Tort claim against chronic care Dr. Allred Entity Federal Bureau of Prisons United States Penitentiary Florence. The Right To Rely on things said medical malpractice

(Rev. 1/30/07)    3

## D. CAUSE OF ACTION

State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific cases to support your claim(s). If additional space is needed to describe any claim or to assert more than three claims, use extra paper to continue that claim or to assert the additional claim(s). The additional pages regarding the cause of action should be labeled "D. CAUSE OF ACTION."

1. Claim One: D. CAUSE OF ACTION

   Supporting Facts: ~~[redacted]~~ NEGLIGENCE: Figure 20.1 Tort Claim Against Chronic Care Dr. Entity. The right to rely on Things said. But on 8-13-14 at 14:08 P.m. Chronic Care Dr. Allred Diagnosed me with mild Chronic Kidney Failure. And he Said That he's just Now Finding it out. Also, he said That my Blood Pressure is whats Causing it. And this Doctor wouldn't send me to a Kidney Treatment Specialist like. I had asked him to. And i Filed on This Doctor see Remedy Case Number: 796039-F1. Also, they sent a Recommendation to medical. Because of my Filing Remedy Case No. 796039-F1 see medical Report Attached to Claim From Filings. Also, Mr. Moisant, RN, BSN, Acting AHSA my wittness said that he had ~~[redacted]~~ Read my labs. And i did not have chronic Kidney mild failure. And Dr. Allred don't Know What he's Talking oboat see attached letter an lab work attached to Claim here. Also, im waiting on F.O.I Right Now For to Track Remedy Case No. 796039-F1. Because they give me a answer concerning Remedy 796039-F1. But they never said any thing else of the matter r wonse what ~~[redacted]~~ So, Ever. And i have since Transfered From U.S.P Florence to U.S.P Lewisburg. And there Not Taking the Matter seriously at all. Also, This is a Negligence: Medical Malpractis Matter Figure 20.1. Tort Claim Against Chronic Care Dr.Allred Entity. The Right to rely on Things said. Also, Dr. Allred Never and would not give me medication Nor medical attention For my Kidney Matter. Also, Plaintiff Melvin Lee Mays is suffering From stress and Depression when Chronic Care Dr. Allred Falsely Diagnosed him with mild chronic Kidney Failure see: Psychology Dr Report Attached to This claim. From Plaintiffs wittness Psychology Dr. ~~[redacted]~~ Charlotte Francia.

(Rev. 1/30/07)            4

2. Claim Two: <u>D. CAUSE OF ACTION</u>

Supporting Facts: <u>Which PLAINTIFF will like for this court to call his</u> <u>wittness Psychology Dr. charlotte Francia as wittness to Plaintiff Melvin</u> <u>Lee Mays was under stress. And depression when he spoke to her concerning</u> <u>his kidneys. Also, Plantiff will like for this court to call his wittness</u> <u>Mr. Moisant, RN, BSN Acting AHSA to testify to the truth</u> <u>concerning the letter attached here to claim stateing that wittness</u> <u>Mr. Moisant had read the Plantiff lab works concerning his kidney. And</u> <u>wrote Plantiff this letter stateing Plaintiff didnt have kidney failure.</u> <u>Also, see Psychology review report attached to claim. Also, see Mr. Moisant</u> <u>RN, BSN Acting AHSA Letter to Plaintiff attached to</u> <u>claim. Also, this prisoner complaint is destinated as a figure 20.1. Tort claim</u> <u>agaisnt chronic care Doctor Allred entity negligence. The</u> <u>Right to Rely on things said. Medical malpractice tort claim.</u>

(Rev. 1/30/07)   5

3. Claim Three: _____

   Supporting Facts:



## E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ___ Yes ___ No (CHECK ONE). If your answer is "Yes," complete this section of the form. If you have filed more than one lawsuit in the past, use extra paper to provide the necessary information for each additional lawsuit. The information about additional lawsuits should be labeled "E. PREVIOUS LAWSUITS."

1. Name(s) of defendant(s) in prior lawsuit: __NONE__

2. Docket number and court name: __NONE__

3. Claims raised in prior lawsuit: __NONE__

4. Disposition of prior lawsuit (for example, is the prior lawsuit still pending? Was it dismissed?): __NONE__

5. If the prior lawsuit was dismissed, when was it dismissed and why? __NONE__

6. Result(s) of any appeal in the prior lawsuit: __NONE__

## F. ADMINISTRATIVE RELIEF

1. Is there a formal grievance procedure at the institution in which you are confined? ✓ Yes ___ No (CHECK ONE).

2. Did you exhaust available administrative remedies? ___ Yes ✓ No (CHECK ONE). Well They gAve me A REFeRRAlS. And recommendATioNs For medical concerning my Filings SEE Remedy CASE NO: 796039-F1 PAgE ATTAched hERE. AlSo, i hAvE SiNCE TrANsfeRd From U.S.P FlorENCE, ColorAdo For U.S.P LEWiSburg. And im Still waiting ON The FBI To TracK dowN my Remedy CASE NO: 796039-F1, AlSo, STAFF NEVEr did ANY Thing of MY Kidney MATTEr.

(Rev. 1/30/07) 7

```
FLPA4              *ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL *      10-02-2014
PAGE 004 OF 004 *              SANITIZED FORMAT                 *        12:37:10
 REMEDY-ID    SUBJ1/SUBJ2  -------------------ABSTRACT----------------------
              RCV-OFC      RCV-FACL    DATE-RCV      STATUS     STATUS-DATE

764952-A1     34AM/15IM    C/O DISCRIMINATING AGAINST ALL BLACK INMATES
              BOP          FLP         04-14-2014    CLO        05-29-2014

774867-R1     34AM/        STAFF INTERVIEWED INMATE AND PUT HIS LIFE IN DANGER
              NCR          FLP         06-09-2014    CLD        07-02-2014

774867-A1     34AM/15IM    STAFF INTERVIEWED INMATE AND PUT HIS LIFE IN DANGER
              BOP          FLP         08-04-2014    ACC        09-04-2014

793742-R1     20AM/        APPEALS DHO REPORT - CODE 205
              NCR          FLP         09-12-2014    ACC        09-12-2014

796038-F1     34AM/        STAFF WROTE FALSE INCIDENT REPORT OUT OF RETALIATION
              FLP          FLP         09-29-2014    REJ        09-29-2014

796039-F1     26AM/26EM    REQUESTING TO BE SEEN BY KIDNEY SPECIALISTS
              FLP          FLP         09-29-2014    ACC        09-29-2014
              18 REMEDY SUBMISSION(S) SELECTED
G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

RECEIPT - ADMINISTRATIVE REMEDY

DATE: OCTOBER 2, 2014

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      FLORENCE HIGH USP

TO  : MELVIN LEE MAYS, 12530-035
      FLORENCE HIGH USP     UNT: CA/SMU3-4     QTR: B01-103U

THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

REMEDY ID       : 796039-F1
DATE RECEIVED   : SEPTEMBER 29, 2014
RESPONSE DUE    : OCTOBER 19, 2014
SUBJECT 1       : MEDICAL CARE - DELAY OR ACCESS TO
SUBJECT 2       : CONSULTANT REFERRALS, RECOMMENDATIONS

## G. REQUEST FOR RELIEF

State the relief you are requesting. If you need more space to complete this section, use extra paper. The additional requests for relief should be labeled "G. REQUEST FOR RELIEF."

(For General Damages)

Wherefore, plaintiff demands judgment against the defendant for damages in excess of [$100,000] dollars [ or the lowest jurisdictional amount for the Trial court in which the legal action will be Filed ] plus cost of this Proceeding and interest [ where applicable ].

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on   3-18-15
(Date)

_____
(Prisoner's Original Signature)

(Rev. 1/30/07)                                8

## G. Request For Relief

At The Time of The Presentation of This claim, Plaintiff claims damages in The Amount of $100,000 From The defendants ~~[redacted]~~ Dr. Allred chronic care Doctor Entity Federal Bureau of Prisons United States Penitentiary Florence insurance Agency. For General damages For Being Falsely Diagnosed with mild chronic Kidney Failure. Causing Plaintiff Stress and depression From The Right To Rely on Things Said. Also, This is A Negligence Medical Malpractice ~~[redacted]~~ Figure 20.1. Tort Claim Against Bureau of Federal Prisons chronic care Entity."